THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIUSEPPE DE MATTEO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 22, 1923; decided November 27, 1923.)

APPEAL from a judgment of the Supreme Court, rendered May 17, 1923, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert H. Elder* for appellant.

*Charles J. Dodd,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.; HISCOCK, Ch. J., concurs under provisions of section 542 of the Code of Criminal Procedure. Dissenting: CRANE, J. Not voting: HOGAN, J.